**United States District Court**
For the Northern District of California

1

2                                                                                    **\*E-Filed 04/07/2010\***

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

CYNTHIA DIAZ,                                         No. C 09-05774 RS

12

13              Plaintiff,

                                                      **ORDER**

14       v.

15   MING & KEITH, INC. et al.,

16              Defendants.
                                               /

17

18         The Case Management Conference scheduled for **April 8, 2010 at 10:00 a.m.** is

19   vacated.  Plaintiff shall indicate in writing whether she consents to magistrate jurisdiction on or

20   before **April 15, 2010**.  If plaintiff does not consent to magistrate jurisdiction, the Case

21   Management Conference shall be rescheduled before the Honorable Richard Seeborg via clerk's

22   notice.  The parties need not submit a subsequent Joint Case Management Statement.

23

24         **IT IS SO ORDERED.**

25

26   Dated:   April 07, 2010

27                                                      RICHARD SEEBORG
                                                        UNITED STATES DISTRICT JUDGE

28