```
 1  MING JI, ESQ (CSB #256696)                    *E-FILED 04-22-2010*
    VIGOR LAW GROUP
 2  777 North First Street, Suite 415
    San Jose, CA 95112
 3  Tel.: (408) 283-9299
 4  Fax:  (408) 283-9399
    Email: mji@vigorlaw.com
 5
 6  Attorneys for Defendants:
    Ming & Keith, Inc. and Pearl Yu
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
12
                                                            HRL
13  CYNTHIA DIAZ                       Case No. C09 05774 x̶R̶S̶
14                    Plaintiff,       STIPULATION AND
15       V.                            [̶P̶R̶O̶P̶O̶S̶E̶D̶]̶ ORDER
                                       SEELECTING ADR PROCESS
16
    MING & KEITH, INC. DBA KOONG'S
17  RESTAURANT AND PEARL YU DBA
    KOONG'S RESTAURANT
18
19                    Defendants.
20
21       Counsel report that they have met and conferred regarding ADR
22  and have reached the following stipulation pursuant to Civil Local
23  Rule 16-8 and ADR Local Rule 3-5:
24
25  The parties agree to participate in the following ADR process:
26
27       Court Processes:
28       [ ]  Non-binding Arbitration (ADR Local Rule 4)
```

ADR STIPULATION                1
C09 05774 RS

1      [ ]   Early Neutral Evaluation (ENE) (ADR Local Rule 5)

2      [x]   Mediation (ADR Local Rule 6)

3      Private Process:

4      [ ]   Private ADR _____

6  The parties agree to hold the ADR session by:

7      [x]   the presumptive deadline

8      [ ]   other requested deadline _____

11  Dated: March 17, 2010          /s/Ming Ji_____
                                     MING JI, Esq.
                                     Attorneys for Defendants
                                     Ming & Keith, Inc. and Pearl Yu

16  Dated: March 17, 2010          /s/James Dal Bon_____
                                     James Dal Bon, Esq.
                                     Attorney for Plaintiff
                                     Cynthia Diaz

20  [[PROPOSED]] ORDER

21  Pursuant to the Stipulation above, the captioned matter is hereby referred to:

23      [ ]   Non-binding Arbitration

24      [ ]   Early Neutral Evaluation (ENE)

25      [x]   Mediation

26      [ ]   Private ADR

27  Deadline for ADR session

28      [x]   90 days from the date of this order

ADR STIPULATION                   2
C09 05774 RS

```
 1        [ ]   other
 2   IT IS SO ORDERED.
 3
 4   Dated:  ___April 22, 2010___           _____
                                            United States Magistrate Judge
 5                                                 Howard R. Lloyd
```

ADR STIPULATION                3
C09 05774 RS